FILED
FEB 3
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION | Case No. 3:09-md-02087-BTM-AJB<br><br>**ORDER REGARDING JOINT MOTION TO CONTINUE DEADLINES CONCERNING DEFENDANT KERR INVESTMENT HOLDING CORP.'S (F/K/A IOVATE HEALTH SCIENCES GROUP, INC.) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

ORDER REGARDING JOINT MOTION TO
CONTINUE DEADLINES REGARDING KERR
sf-2798355

Case No. 3:09-md-02087-BTM-AJB

The Court has considered the parties' Joint Motion to continue the deadlines concerning a Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), and FOR GOOD CAUSE SHOWN, the Court hereby ORDERS that (a) the close of discovery in connection with the Motion is extended to March 19, 2010; (b) the last day for filing any opposition to the Motion is extended to April 21, 2010; (c) the last day for filing any reply to the Motion is extended to May 10, 2010; and (d) the hearing on the Motion is rescheduled for May 17, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 3, 2010

The Honorable Barry T. Moskowitz

The Court has considered the parties' Joint Motion to continue the deadlines concerning a Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), and FOR GOOD CAUSE SHOWN, the Court hereby ORDERS that (a) the close of discovery in connection with the Motion is extended to March 19, 2010; (b) the last day for filing any opposition to the Motion is extended to April 21, 2010; (c) the last day for filing any reply to the Motion is extended to May 10, 2010; and (d) the hearing on the Motion is rescheduled for May 17, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 3, 2010

The Honorable Barry T. Moskowitz