FILED
2010 FEB 16  PM 12:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JEFFREY BERNIARD, LSBA #29088
Berniard Law Firm
643 Magazine St. Suite 402
New Orleans, LA 70130
Telephone: (504)527-6225
Facsimile: (504) 617-6300

MADRO BANDARIES, PLC # 25339
Post Office Box 56458
938 Lafayette Street, Suite 204
New Orleans, Louisiana 70156
Telephone:    (504) 218 – 4815
Facsimile:    (504) 324 – 0684

GREGORY P. DI LEO, LSBA #4943
JENNIFER B. EAGAN, LSBA #19847
300 Lafayette Street, Suite 101
New Orleans, LA  70130
Telephone:  (504) 522-3456
Facsimile:    (504) 522-3888

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HYDROXYCUT MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 3:09-CV-00988-BTM-AJB<br><br>MDL No. 2087<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD |

## **ORDER**

**IT IS ORDERED** that Jeffrey P. Berniard, Berniard Law Firm, Madro Bandaries, Madro Bandaries PLC, Gregory P. DiLeo, and Jennifer B. Eagan be permitted to withdraw as attorney of record for Enjoli Pennier in this matter.

Order signed at San Diego, California on the 12th day of February 2010.

_[signature]_
JUDGE